1

2   **THARPE & HOWELL, LLP**
    **15250 Ventura Blvd., Ninth Floor**
    **Sherman Oaks, California  91403**
3   **(818) 205-9955; (818) 205-9944 fax**

4   DAVID S. BINDER, ESQ.; SBN 209876
    e-mail: DBinder@tharpe-howell.com
    SIGLAIT SHOGHI, ESQ.; SBN 264042
5   e-mail: SShoghi@tharpe-howell.com

6   Attorneys for Defendant, FFE TRANSPORTATION SERVICES, INC. erroneously
    sued and served as FROZEN FOOD EXPRESS INDUSTRIES, INC.
7

8              UNITED STATES DISTRICT COURT

9       EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

10

11  ADAM URANGO, individually and on          Case No. 2:13-cv-02661-TLN-AC
    behalf of other persons similarly          *Assigned to District Judge Troy L. Nunley*
12  situated,                                   *Referred to Magistrate Judge Allison Claire_*

13                                             **STIPULATION AND ORDER TO**
                 Plaintiff(s),                 **CONTINUE HEARING OF**
14                                             **PLAINTIFF'S MOTION TO AMEND**
    v.                                         **COMPLAINT**
15
    FROZEN FOOD EXPRESS
16  INDUSTRIES, INC., a Texas
    Corporation, and DOES 1 through 10,
17
                 Defendant(s).
18

19

20          Plaintiff ADAM URANGO, on behalf of himself and all others similarly

21  situated, and Defendant FROZEN FOOD EXPRESS INDUSTRIES, INC., hereby

    stipulate by and through their respective counsel as follows:
22
            WHEREAS, Plaintiff, Adam Urango's Motion for Leave to Amend the
23
    Complaint is set for hearing on February 27, 2014 at 2:00 p.m. in Courtroom 2 of the
24
    Robert T. Matsui United States Courthouse.
25
            WHEREAS, counsel for Defendant, FFE Transportation Services, Inc. will be
26
    unable to appear at the above referenced Hearing due to several pre-existing
27
    scheduling conflicts.
28
    / / /

                                  - 1 -
    _____
              **STIPULATION AND ORDER TO CONTINUE HEARING**
               **OF PLAINTIFF'S MOTION TO AMEND COMPLAINT**

WHEREAS one of Defense counsel's conflicts is a Further Status Conference also scheduled for February 27, 2014 at 1:45 p.m. in department 322 of the Los Angeles Superior Court, a true and correct copy of the docket reflecting this scheduling conflict is attached hereto as Exhibit "A."

WHEREAS another of Defense counsel's conflicts is a Hearing on a Motion to Compel Arbitration also scheduled for February 27, 2014 at 1:30 p.m. in department C06 of the Orange County Superior Court, a true and correct copy of the docket reflecting this additional scheduling conflict is attached hereto as Exhibit "B."

WHEREAS the parties to this action agree that Defense counsel's scheduling conflicts constitute good cause to continue the above referenced hearing of Plaintiff's Motion for Leave to Amend the Complaint.

WHEREAS to avoid any prejudice to the Plaintiff, with regard to the third cause of action in the Plaintiff's proposed First Amended Complaint, the Defendant will agree to toll the statute of limitations for the cause of action an equal number of days between the current hearing date and the date that the motion is rescheduled for hearing, which number shall in no way exceed 30 days.

NOW, THEREFORE, IT IS HEREBY AGREED AND STIPULATED by both parties, by and through their respective counsel as follows:

1. The Hearing of Plaintiff's Motion to Amend the Complaint currently scheduled for February 27, 2014 at 2:00 p.m. in Courtroom 2 of the Robert T. Matsui United States Courthouse will be continued two weeks to March 13, 2104 at 2:00 p.m. in Courtroom 2 of the Robert T. Matsui United States Courthouse or such other date as the Court deems proper.

2. With regard to the third cause of action in the Plaintiff's proposed First Amended Complaint, the Defendant will agree to toll the statute of limitations for the cause of action an equal number of days between the current hearing date (February 27, 2014) and the date that the motion is rescheduled for hearing, which number shall in no way exceed 30 days.

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

STIPULATION AND ORDER TO CONTINUE HEARING
OF PLAINTIFF'S MOTION TO AMEND COMPLAINT

3.  This stipulation may be signed in counterparts.

4.  Facsimile or copies of the parties' signature on this stipulation may be treated as originals for all purposes.

**IT IS SO STIPULATED**.

Dated:  February 12, 2014                          THARPE & HOWELL, LLP


By: _____/s/Sigalit Shoghi_____
            DAVID S. BINDER
            SIGALIT SHOGHI
            Attorneys for Defendant,
            FFE TRANSPORTATION
            SERVICES, INC. erroneously
            sued and served as FROZEN
            FOOD EXPRESS
            INDUSTRIES, INC.


LAW OFFICES OF ARI MOSS
LAW OFFICE KENNETH GOLDMAN
LAW OFFICE OF LOWELL STEIGER


By: _____/s/Ari E. Moss_____
            ARI E. MOSS
            Attorney for Plaintiff,
            ADAM URANGO

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

- 3 -
**STIPULATION AND ORDER TO CONTINUE HEARING**
**OF PLAINTIFF'S MOTION TO AMEND COMPLAINT**

## <u>ORDER</u>

1.  The Hearing of Plaintiff's Motion to Amend the Complaint currently scheduled for February 27, 2014 at 2:00 p.m. will be continued two weeks to March 13, 2014 at 2:00 p.m. in Courtroom 2 of the Robert T. Matsui United States Courthouse.

2.  With regard to the third cause of action in the Plaintiff's proposed First Amended Complaint, the Defendant will agree to toll the statute of limitations for the cause of action an equal number of days between the current hearing date (February 27, 2014) and the date that the motion is rescheduled for hearing, which number shall in no way exceed 30 days.

**IT IS SO ORDERED**

**Dated: February 13, 2014**

_____
Troy L. Nunley
United States District Judge

**STIPULATION AND ORDER TO CONTINUE HEARING
OF PLAINTIFF'S MOTION TO AMEND COMPLAINT**

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221