UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM URANGO, individually and on behalf of other persons similarly situated,, <br><br> Plaintiffs, <br><br> v. <br><br> FROZEN FOOD EXPRESS INDUSTRIES, INC., a Texas Corporation, and DOES 1 through 10, <br><br> Defendants. | No. 13-cv-02661 TLN-AC <br><br> **ORDER** |

The Court, having reviewed the parties' Stipulation for Dismissal and finding good cause, and pursuant to *Federal Rule of Civil Procedure* 41, orders as follows:

    I.    The First Amended Complaint bearing case number 2:13-CV-02661-TLN-AC, including all claims, complaints, causes of action, and affirmative defenses are related actions are hereby dismissed with prejudice as to all parties.

Dated: June 5, 2014

Troy L. Nunley
United States District Judge

1